UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Markease Edwin Morgan                    Docket No. 5:21-CR-341-1M

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Markease Edwin Morgan, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 2, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Markease Edwin Morgan was released from custody on May 31, 2022, at which time the term of supervised release commenced.

On July 5, 2022, a Violation Report was submitted to the court regarding the defendant's use of marijuana. Supervision was continued and the defendant was referred for a substance abuse assessment.

On September 30, 2022, a Petition for Action on Supervised Release was submitted to the court regarding the defendant's use of marijuana and unsatisfactory engagement in treatment. His conditions for supervision were modified to include 10 hours of community service, and the defendant successfully completed this sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 5, 2023, the defendant submitted a drug screen that returned positive for marijuana. Lab confirmation was received on December 13, 2023. In addition, the defendant has failed to comply with the Surprise Urinalysis Program through the term of supervision. As a sanction for these violations, the probation officer requests a modification of the defendant's conditions of supervision to include 60 days of curfew without electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Markease Edwin Morgan
Docket No. 5:21-CR-341-1M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: December 20, 2023

## ORDER OF THE COURT

Considered and ordered this 21st day of December, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge